# United States District Court

## *Southern District of Georgia*

Angela Summers
_____
Plaintiff

Case No. ___4:20cv271___

**v.**

Luis Carasas and Rasier, LLC
_____
Defendant

Appearing on behalf of
Luis Carasas
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 12th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: _____

Business Address: Cruser, Mitchell, Novtiz, Sanchez, Gaston & Zimet, LLP
_____
Firm/Business Name

275 Scientific Drive, Suite 2000
_____
Street Address

| _____ | Peachtree Corner | GA | 30092 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| (404) 881-2622 | 229210 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: kyoder@cmlawfirm.com