IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
ANGELA SUMMERS,                  )
                                 )
     Plaintiff,                  )
                                 )
v.                               )    CASE NO. CV420-271
                                 )
LUIS CARASAS and RASIER, LLC,    )
                                 )
     Defendants.                 )
_____)
```

## O R D E R

Before the Court is the parties' Consent Motion for Dismissal Without Prejudice of Less Than All Parties. (Doc. 33.) In the motion, the parties request that the Court dismiss Defendant Rasier, LLC, from this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request . . . on terms that the court considers proper." Defendant Luis Carasas has consented to parties' motion. (Doc. 33 at 3.) Because the Court finds dismissal will not prejudice any party to this case, the parties' motion (Doc. 33) is **GRANTED**. Accordingly, Raiser, LLC, is **DISMISSED** from this action **WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 24th day of January 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA