UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANGELA SUMMERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-271 |
| | ) | |
| LUIS CARASAS, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The Court directed the parties to confer and file a joint status report proposing the deadlines for and scope of the reopened discovery period in this case no later than October 4, 2022. Doc. 54 at 14. Defendant Luis Carasas subsequently filed a "Motion for Extension of Time to Comply With [that Order]." Doc. 55. It is unclear whether Plaintiff Angela Summers joins in the motion.[1] The parties' October 4, 2022 deadline to confer and propose deadlines is **STAYED** to afford Plaintiff an opportunity to indicate her opposition to the motion. She is **DIRECTED** to file a notice no later than October 7, 2022 stating whether she opposes

---

[1] *Compare* doc. 55 at 2 ("[C]ounsel for the Defendant respectfully requests that an extension be granted[.]"), *with id.* ("[T]he parties respectfully request that this Court enter an Order allowing for an extension of time[.]").

or consents to Defendant's extension request. If she states that she opposes the request, the Court will afford her until October 17, 2022 to file a response. If she does not file a notice, the Court will consider Defendant's extension request unopposed.

    **SO ORDERED**, this 5th day of October, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA