UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA SUMMERS, | ) |
| Plaintiff, | ) |
| v. | ) CV420-271 |
| LUIS CARASAS, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' Consent Motion to Stay Litigation. Doc. 62. The parties explain that Plaintiff Angela Summers recently passed away, and ask the Court to stay this case pending the creation of her estate, and the substitution of the estate in this case. Doc. 62 at 1-2. For good cause shown, the consent motion is **GRANTED**. Doc. 62. The Court, however, declines to stay this case indefinitely. This case is **STAYED** until March 13, 2023. Accordingly, all discovery deadlines are stayed until March 13, 2023, and the parties' deadline to file a motion for substitution pursuant to Fed. R. Civ. P. 25(a)(1) is extended to that date. *See Lizarazo v. Miami-Dade Cnty.*, 2018 WL 8224884, at *3 (S.D. Fla. Feb. 16, 2018) (stay order "effectively extend[s] the Rule 25 period for

filing a motion to substitute parties in accordance with Rule 6(b) and the advisory committee's note to the 1963 amendment of Rule 25."). If Summers' estate is created before March 13, 2023, Plaintiff is **DIRECTED** to file a motion for substitution before that date, and the parties are **DIRECTED** to jointly file a Rule 26(f) Report proposing deadlines for the remainder of discovery in this case before that date. If the estate is not created before March 13, 2023, the parties are **DIRECTED** to file a joint status report before that date (1) updating the Court on the progress of the estate creation, and (2) requesting an extension of the stay.

**SO ORDERED**, this 13th day of December, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA