IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA SUMMERS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-271 |
| v. | |
| LUIS CARASAS, | |
| Defendant. | |

**O R D E R**

Presently before the Court is a Joint Stipulation and Consent Motion to Dismiss Without Prejudice, signed by counsel for Plaintiff[1] and counsel for Defendant and filed with the Court on March 21, 2023, wherein the parties indicate they stipulate to the dismissal, without prejudice, of this action, with each party to bear its own attorneys' fees, expenses, and costs.  (Doc. 65.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED**

---

[1] The Court notes that the "Joint Stipulation and Consent Motion," which was filed on the docket by Plaintiff's counsel, bears hand-written ("wet ink") date information and a wet-ink signature by Plaintiff's counsel.  (See doc. 65.)  Plaintiff's counsel is directed to review Local Rule 5.5, which requires that documents be "signed . . . by electronic means to the extent and in the manner permitted or required by the Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means in Civil and Criminal Cases in the United States District Court for the Southern District of Georgia (available on the Court's website at 'www.gasd.uscourts.gov')."  S.D. Ga. L.R. 5.5; see also Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means, Section II.C ("A pleading or other document requiring an attorney's signature shall be signed in the following manner, whether filed electronically or submitted on CD-ROM to the Clerk's Office: 's/ (attorney name).'").  Counsel shall comply with these directives in making future filings with this Court.

**WITHOUT PREJUDICE**.  Accordingly, the Clerk of Court is **DIRECTED** to **TERMINATE** all pending motions and to **CLOSE** this case.

    **SO ORDERED**, this 22nd day of March, 2023.

                                              R. STAN BAKER
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA